**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

FRANK TRAMMELL,                      :    Case No. 1:26-cv-270
                                     :
    Plaintiff,                       :
                                     :
    vs.                              :    District Judge Michael R. Barrett
                                     :    Magistrate Judge Stephanie K. Bowman
                                     :
FIFTH THIRD BANK,                    :
                                     :
    Defendant.                       :

**REPORT AND RECOMMENDATION**

Plaintiff, a resident of Gallatin, Tennessee, submitted a Complaint in this Court on March 16, 2026.[1] (Doc. 1). This matter is before the Court on Plaintiff's motion to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915(a)(1). (Doc. 10). Plaintiff's application states that both he and his spouse each make $2,500 a month and that he has no dependents. (Doc. 10 at PageID 37, 39). He further states that Living Trust Bank owes him one million dollars. (*Id.* at PageID 39). Plaintiff's application indicates that he has monthly expenses of $1,500 for rent or mortgage; $300 for food; $200 for clothing; and $500 for food. (*Id.* at PageID 40).

The Court is unable to conclude from Plaintiff's declaration that his household income is insufficient to provide himself with the necessities of life and still have sufficient

---

[1] The undersigned notes that Plaintiff has filed at least eight complaints against other banks or companies containing nearly identical factual allegations in District Courts in California, Alabama, Tennessee, New York, Wisconsin, and North Carolina. *See Trammell v. Apple Card*, No. 5:26-cv-3600 (N.D. Cal. Apr. 27, 2026); *Trammell v. Enerbank*, No. 2:26-cv-562 (N.D. Ala. Apr. 2, 2026); *Trammell v. US Comm'n Credit Union*, No. 3:26-cv-380 (M.D. Tenn. Mar. 31, 2026); *Trammell v. Nashville Electric Serv.*, No. 3:26-cv-364 (M.D. Tenn. Mar. 27, 2026); *Trammell v. BestBuy*, No. 1:26-cv-2244 (S.D.N.Y. Mar. 18, 2026); *Trammell v. Bank of America*, No. 3:26-cv-212 (W.D.N.C. Mar. 16, 2026); *Trammell v. Kohls*, No. 2:26-cv-421 (E.D. Wis. Mar. 16, 2026); *Trammell v. Lowes*, No. 5:26-cv-65 (W.D.N.C. Mar. 16, 2026).

funds to pay the full filing fee of $405.00 in order to institute this action. *See Adkins v. E.I. DuPont De Nemours & Co., Inc.*, 335 U.S. 331, 339 (1948). *Cf. Trammell v. Kohls*, No. 2:26-cv-421 (E.D. Wis. Apr. 20, 2026) (Doc. 6) (denying Plaintiff leave to proceed *in forma pauperis* based on near identical application detailing the same household income and average monthly expenses); *Trammell v. US Comm'n Credit Union*, No. 3:26-cv-380 (M.D. Tenn. June 3, 2026) (Doc. 10) (same). Therefore, Plaintiff's motion to proceed *in forma pauperis* (Doc. 10) should be **DENIED**. Plaintiff's prior, unsigned motions to proceed *in forma pauperis* (Doc. 6, 9) should also be **DENIED**.

**IT IS THEREFORE RECOMMENDED THAT** Plaintiff's motions to proceed *in forma pauperis* be **DENIED.**

If this Report and Recommendation is adopted, it is further **RECOMMENDED** that Plaintiff be granted an extension of time of thirty (30) days from the date of any Order adopting the Report and Recommendation to pay the required $405.00 filing fee. Plaintiff should be advised that his complaint will not be deemed "filed" until the appropriate filing fee is paid, *see Truitt v. County of Wayne*, 148 F.3d 644, 648 (6th Cir. 1998), and if Plaintiff fails to pay the filing fee within this time limit this matter will be closed on the docket of the Court.

**IT IS SO RECOMMENDED.**

      *s/Stephanie K. Bowman*
Stephanie K. Bowman
United States Chief Magistrate Judge

2

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| FRANK TRAMMELL, | : | Case No. 1:26-cv-270 |
| | : | |
| Plaintiff, | : | |
| | : | |
| vs. | : | District Judge Michael R. Barrett |
| | : | Magistrate Judge Stephanie K. Bowman |
| FIFTH THIRD BANK, | : | |
| | : | |
| Defendant. | : | |

**NOTICE**

Pursuant to Fed. R. Civ. P. 72(b), any party may serve and file specific, written objections to this Report & Recommendation ("R&R") within **FOURTEEN (14) DAYS** after being served with a copy thereof.  That period may be extended further by the Court on timely motion by either side for an extension of time.  All objections shall specify the portion(s) of the R&R objected to, and shall be accompanied by a memorandum of law in support of the objections.  A party shall respond to an opponent's objections within **FOURTEEN DAYS** after being served with a copy of those objections.  Failure to make objections in accordance with this procedure may forfeit rights on appeal.  *See Thomas v. Arn,* 474 U.S. 140 (1985); *United States v. Walters,* 638 F.2d 947 (6th Cir. 1981).